USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 06 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHILPA GROVER et al., <br><br> Plaintiffs, <br><br> -v- <br><br> MACMILLAN, et al., <br><br> Defendants. | ORDER <br><br> 11 CV 5576 (GBD) |
| JEFFREY EVANS, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> MACMILLAN, et al., <br><br> Defendants. | 11 CV 5609 (GBD) |
| RHONDA BURSTEIN, <br><br> Plaintiff, <br><br> -v- <br><br> HACHETTE BOOK GROUP, INC., et al., <br><br> Defendants. | 11 CV 5621 (GBD) |
| JUAN SOTOMAYOR, <br><br> Plaintiff, <br><br> -v- <br><br> HACHETTE BOOK GROUP, INC., et al., <br><br> Defendants. | 11 CV 5707 (GBD) |

| | |
|---|---|
| ROBERT CHEATHAM,<br><br>    Plaintiff,<br><br> -v-<br><br>HACHETTE BOOK GROUP, INC., et al.,<br><br>    Defendants. | 11 CV 5750 (GBD) |
| JOHN T. MEYER,<br><br>    Plaintiff,<br><br> -v-<br><br>MACMILLAN, et al.,<br><br>    Defendants. | 11 CV 5896 (GBD) |
| LIANA LINGOFELT,<br><br>    Plaintiff,<br><br> -v-<br><br>MACMILLAN, et al.,<br><br>    Defendants. | 11 CV 5976 (GBD) |

GEORGE B. DANIELS, District Judge:

  All parties are directed to attend a conference on September 22, 2011, at 9:30 a.m.

Dated: New York, New York
   September 6, 2011

SO ORDERED: SEP 06 2011

*George B. Daniel* [signature]

GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS