**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SHILPA GROVER and FREDRIC A. PRESS, on behalf of themselves and all others similarly situated, | : | |
| Plaintiffs, | : | |
| v. | : | |
| MACMILLAN, SIMON & SCHUSTER, HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, INC., PENGUIN GROUP (USA), INC., RANDOM HOUSE, INC. AND APPLE, INC., | : | 11-CV-5576-GBD |
| Defendants. | : | |
| JEFFREY EVANS and CLARISSA WEISS, on behalf of themselves and all others similarly situated, | : | |
| Plaintiffs, | : | |
| v. | : | |
| MACMILLAN, SIMON & SCHUSTER, HACHETTE BOOK GROUP, HARPERCOLLLINS PUBLISHERS, INC., PENGUIN GROUP (USA), INC., RANDOM HOUSE, INC. and APPLE, INC., | : | 11-CV-5609-GBD |
| Defendants. | : | |
| RHONDA BURSTEIN, | : | |
| Plaintiff, | : | |
| v. | : | |
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS, INC., MACMILLAN PUBLISHERS, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., RANDOM HOUSE, INC., APPLE, INC., AMAZON.COM, INC., and BARNES & NOBLE, INC., | : | 11-CV-5621-GBD |
| Defendants. | : | |

JUAN SOTOMAYOR,                                                    :

                      Plaintiff,                       :
        v.

HACHETTE BOOK GROUP, INC., HARPERCOLLINS          :
PUBLISHERS, INC., MACMILLAN PUBLISHERS,              11-CV-5707-GBD
INC., PENGUIN GROUP (USA) INC., SIMON &           :
SCHUSTER, INC., RANDOM HOUSE, INC., APPLE,
INC., and AMAZON.COM, INC.,                       :

               Defendants.                      :

### JOINDER OF DEFENDANT RANDOM HOUSE, INC. IN PUBLISHER DEFENDANTS' OPPOSITION TO PROPOSED INTERVENOR ANTHONY PETRU'S MOTION TO INTERVENE AND MOTION TO TRANSFER OR, IN THE  ALTERNATIVE, STAY ACTION

For its response to Plaintiff Anthony Petru's Motion to Intervene and Motion to Transfer, or in the Alternative, Stay Action ("the Motion"), Defendant Random House, Inc. concurs in, and therefore joins in, adopts and incorporates by reference the Publisher Defendants' Opposition to the Motion, dated and filed September 8, 2011, with respect to the cases in which Random House is a named defendant.

Dated: New York, New York
       September 9, 2011

                         /s/ Saul P. Morgenstern
                        Saul. P. Morgenstern
                        Amanda C. Croushore
                        KAYE SCHOLER LLP
                        425 Park Avenue
                        New York, NY 10022
                        (212) 836-8000

                        *Attorneys for Defendant*
                         *Random House, Inc.*